MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| DANIEL W. KISER,<br><br>    Plaintiff,<br><br>  vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-00518-JDP<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME AND ORDER** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from April 22, 2019 to **June 8, 2019**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. As the Court is aware, Counsel for Defendant (Counsel) had multiple family tragedies last month, including the death of her two cousins, and uncle. Counsel has also been taking care of her elderly mother, who had surgery yesterday. Counsel was also out of the office last week following another unexpected death of a close family friend, whose funeral was on Friday, May 17, 2019 with prayer services over the weekend. Counsel also continues to have ongoing health issues with her chronic migraines and ulcers and has been on

intermittent sick leave.  In addition, Counsel has over 100+ active matters, which require two or more dispositive motions per week until mid-July.  Due to unexpected leave, Counsel fell behind on her heavy caseload.  As such, Counsel respectfully requests additional time to adequately review the transcript and respond to the issues raised in Plaintiff's Opening Brief.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.   Defendant apologizes for the belated request for extension, but made this request as soon as reasonably practicable.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  May 22, 2019 	*/s/ \* Shellie Lott*
	(\*as authorized by email on May 22, 2019)
	SHELLIE LOTT
	Attorney for Plaintiff


Dated:  May 22, 2019 	MCGREGOR W. SCOTT
	United States Attorney
	DEBORAH LEE STACHEL
	Regional Chief Counsel, Region IX
	Social Security Administration


	By	*/s/  Tina L. Naicker*
		TINA L. NAICKER
		Special Assistant U.S. Attorney
		Attorneys for Defendant

**ORDER**

Approved.

IT IS SO ORDERED.


Dated:   May 25, 2019	_____
	UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS for Extension of Time,   Case No. 1:18-cv-00518-JDP

3