UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL W. KISER,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:18-cv-00518-JDP<br><br>ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>ECF No. 39 |

Pursuant to the stipulation of the parties, it is hereby ordered that attorney fees, in the amount of ten-thousand dollars ($10,000), are awarded to plaintiff, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: December 24, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.

1